UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGRAVISION SA and OPENTV, INC., <br><br> Plaintiffs, <br> v. <br> NFL ENTERPRISES, LLC, <br><br> Defendant. | CASE NO. 2:17-CV-03919-AB-SK <br><br> **[PROPOSED] FINAL JUDGMENT UNDER FRCP 54(b) CONCERNING U.S. PATENT NO. 6,154,172** |

IT IS HEREBY ORDERED AND ADJUGED THAT:

1. Judgment is entered in favor of Defendant and against Plaintiff Nagravision SA with respect to Count 8 of the Complaint for Patent Infringement (Dkt. No. 1) only. Specifically, judgment is entered that Claim 19 of U.S. Patent No. 6,154,172 does not claim patentable subject matter under 35 U.S.C. § 101.

2. Pursuant to Federal Rule of Civil Procedure 54(b), the Court exercises its discretion to enter Final Judgment with respect to Count 8 because U.S. Patent No. 6,154,172 is unrelated to any of the patents asserted in this case.

**IT IS SO ORDERED.**

Dated: April 05, 2018

_____
Hon. André Birotte Jr.
United States District Judge