M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Nagravision SA and OpenTV, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NAGRAVISION SA and OPENTV, INC., | CASE NO. 2:17-CV-03919-AB-SK |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| NFL ENTERPRISES LLC, | |
| Defendant. | |

Plaintiffs Nagravision SA and OpenTV, Inc. and Defendant NFL Enterprises LLC stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss with prejudice all claims, defenses, and counterclaims in this case, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: June 27, 2018

**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**

/s/ M. Elizabeth Day
M. Elizabeth Day

*Attorneys for*
NAGRAVISION SA and OPENTV, INC.

Dated: June 27, 2018

**VINSON & ELKINS LLP**

/s/ *Hilary Preston*
Hilary Preston
*Attorneys for* NFL Enterprises LLC

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing Stipulation of Dismissal With Prejudice via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: June 27, 2018                By: */s/ M. Elizabeth Day*
                                        M. Elizabeth Day